# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| VERNARD KEITH CORNELY, SR., | Civil No. 19-2368 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED CAR CARE AND CAR SHIELD, | |
| Defendant. | |

Vernard Keith Cornely, Sr., address unknown, *pro se* plaintiff.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated September 23, 2019 (ECF No. 3), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This matter is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) as follows:

    a. The claim for relief of plaintiff Vernard Keith Cornely, Sr., arising under federal law is **DISMISSED WITH PREJUDICE**.

    b. All state-law claims are **DISMISSED WITHOUT PREJUDICE**.

2. Cornely's application to proceed *in forma pauperis* (ECF No. 2) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 18, 2019
at Minneapolis, Minnesota

                                           s/John R. Tunheim
                                           JOHN R. TUNHEIM
                                           Chief Judge
                                           United States District Court